## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| CORY GREGORY GABELMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:14CV77 CDP |
| RANDOLPH COUNTY JUSTICE CENTER, et al., | ) |
| Defendants, | ) |

### MEMORANDUM AND ORDER

I dismissed this action on August 28, 2014. Nevertheless, plaintiff continues to file frivolous motions and write letters to the Court. I will deny each of plaintiff's motions as moot. Additionally, plaintiff is advised that the time for filing a notice of appeal is running. If plaintiff wishes to pursue his claims, he should file a notice of appeal. I will not allow plaintiff to continue filing frivolous motions in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that all pending motions are **DENIED**.

Dated this 9th day of September, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE